**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** WIGBERTO RODRIGUEZ SANCHEZ<br>Debtor | CASE NO. 24-03206 MCF |
| Banco Popular of Puerto Rico<br>Movant | CHAPTER 13 |
| WIGBERTO RODRIGUEZ SANCHEZ<br>& JULIA ALAMO GONZALEZ,<br>and Chapter 13 Trustee,<br>OSMARIE NAVARRO MARTINEZ<br>Respondent(s) | 11 USC 362 d(1)<br><br>Relief from stay for cause |

**MOTION FOR RELIEF FROM STAY**

TO THE HONORABLE COURT:

Comes now, Banco Popular of Puerto Rico (BPPR), secured creditor, represented by the undersigned attorney who respectfully prays, and states as follows:

1.  Jurisdiction over subject matter is predicated on section, 1334 and 157(b) 2(G), 28 USC.

2.  The cause of action is based on section 362 d(1), 11 USC.

3.  In this case, an Order for Relief was entered on July 31, 2024.

4.  Movant is the holder by endorsement, in due course, of a Mortgage Note, (hereinafter "the Note"), for $68,900.00, bearing interest of 7.50%, due in August 2026. *See* Exhibit A. The Mortgage encumbers debtor's property located at Bo. Hato Nuevo Sector Querube, Calle J Int 181 Gurabo, Puerto Rico.

5.  Debtor's account ending in 5826 accumulated pre-petition arrears for a total of $2,186.58 including late charges, advances, and legal fees. *See* Claim 4.

6.  Debtor's account has accumulated 4 additional post-petition arrears pertaining to the months of April, 2026 to June, 2026, on the amount of $3,034.43 as described in Exhibit A of this Motion, including $1,549.00 in attorney fees and costs; plus, an additional amount of $10.77 in mailing expenses and any other arrears that continue to accrue up to the date. Included is the Verified Statement of Account in compliance with LBR 4001-1(d)(3). *See* Exhibit A.

7. Movant argues that considering what is herein above stated, cause exists for granting relief from the stay pursuant to section 362 d(1), since debtor has failed to make post-petition payments accordingly.

8. Said default deprives Movant of having its security interest protected as provided under the Bankruptcy Code.

9. Included, as Exhibit B, is Movant's Verified Statement regarding the information required by the Service Member Civil Relief Act of 2003 and a Department of Defense Manpower Data Center Military Status Report.

10. If the Order for Relief is Granted, the Trustee shall stop disbursements to Movant under the plan.

WHEREFORE, Movant prays for an Order granting the Relief from Stay, as requested.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor's(s') attorney and to OSMARIE NAVARRO MARTINEZ, US Chapter 13 Trustee, and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participant to debtor(s) at theirs address of record in this case.

In San Juan, Puerto Rico, on the 10th day of June 2026.

**COLÓN SANTANA & ASOCIADOS, CSP**
Attorney for Banco Popular de Puerto Rico
315 Coll & Toste, San Juan, PR 00918
Tel: 787-763-4111/Fax: 787-766-1289

*s/ Kevin Miguel Rivera-Medina*
USDC-PR No. 223914
e-mail: kmrquiebras@gmail.com

# STATEMENT OF ACCOUNT

| DEBTOR: | WIGBERTO RODRIGUEZ SANCHEZ | BPPR NUM: | XXXXXX5826 |
|---|---|---|---|
| BANKRUPTCY NUM: | 24-03206 | FILING DATE: | 07/31/24 |

## SECURED LIEN ON REAL PROPERTY

| | | | |
|---|---|---|---|
| Principal Balance as of | 03/01/26 | | 2,827.25 |
| Accrued Interest from | 02/01/26 to 06/30/26 | | 86.56 |
| Interest: 7.500% | Accrued num. of days: 149 | Per Diem: 0.580942 | |

**Monthly payment to escrow**

| | | | | | |
|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 |
| A&H | $0.00 | Life | $0.00 | Escrow Balance | $7.19 |
| Total montly escrow | | $0.00 | Months in arrears | 4 | Escrow in arrears 7.19 |
| | | | | | Accrued Late Charge: 570.21 |

**Advances Under Loan Contract:**

| | | | |
|---|---|---|---|
| Title Search $65.00 | Tax Certificate $0.00 | Inspection $71.76 | 143.95 |
| Other $7.19 | | | |
| Legal Fees: | | | 950.00 |
| Total Estimate due as of | 06/30/26 | | 4,585.16 |

## AMOUNT IN ARREARS

| | | | | |
|---|---|---|---|---|
| **PRE-PETITION AMOUNT:** | | | | |
| 1 payments of | $522.42 | each one | | 522.42 |
| acummulated late charges | | | | 570.21 |
| **Advances Under Loan Contract:** | | | | 143.95 |
| Title Search $65.00 | Tax Certificate $0.00 | Inspection $71.76 | | |
| Other $0.00 | | | | |
| Legal Fees: | | | | 950.00 |
| | | A = TOTAL PRE-PETITION AMOUNT | | 2,186.58 |
| **POST-PETITION AMENDED:** | | | | |
| 0 payments of | $525.28 | each one | | 0.00 |
| Late Charge | | | | 0.00 |
| Post Petition Legal Fees | | | | 0.00 |
| | | B = TOTAL POST-PETITION AMOUNT | | 0.00 |
| **POST-PETITION AMOUNT:** | | | | |
| 3 payments of | $525.28 | each one | | 1,575.84 |
| Late Charge | | | | 0.00 |
| Motion For Relief | | | | 1,549.00 |
| Suspense Balance | | | | (90.41) |
| | | C = TOTAL POST-PETITION AMOUNT | | 3,034.43 |
| | | TOTAL AMOUNT IN ARREARS | | 5,221.01 |

## OTHER INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Next pymt due | 03/01/26 | Interest rate 7.500% | P & I $481.76 | Monthly late charge $20.47 | |
| Investor | Banco Popular | Property address | KM 0 HM 1 CARR 944 BO HATO NUEVO, GURABO PR | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

*José A. Colón Rivera*

06/09/26

**BANCO POPULAR DE PUERTO RICO**

DATE

SACCTFHA    José A. Colón Rivera

Commonwealth of Puerto Rico

## ------MORTGAGE NOTE------
## ------PAGARE HIPOTECARIO------

US $ 68,900.00        July 16,   19 96

1. "Borrower" means each person signing at the end of this Note, and the person's successors
1. "Deudor Hipotecario" significa cada persona que firma al final de este Pagaré y sus sucesores y cesionarios.

and assigns. "Lender" means    DORAL MORTGAGE CORPORATION------
"Acreedor Hipotecario" significa ------

and its successors and assigns.------
y sus sucesores y cesionarios.------

2. In return for a loan received from Lender, Borrower promises to pay the principal
2. A cambio de un préstamo recibido del Acreedor Hipotecario, el Deudor Hipotecario se obliga a pagar la cantidad

sum of   sixty eight thousand nine hundred------
principal de ------

Dollars (U.S. $ 68,900.00------ ), plus interest, to the order of Lender. Interest
Dólares (U.S. $ ------ ), más intereses, a la orden del Acreedor Hipotecario. Se

will be charged on unpaid principal, from the date of disbursement of the loan proceeds
cargará intereses sobre el principal adeudado, desde la fecha en que el Acreedor Hipotecario desembolse el producto

by Lender, at the rate of   seven and one half------
del préstamo, a razón de ------

percent------(7 ½   %) per year until the full amount of principal has ben paid.------
por ciento ------(------ %) anual hasta que el principal haya sido totalmente pagado. ------

3. Borrower's promise to pay is secured by a mortgage, executed on the same date as
3. La obligación de pagar del Deudor Hipotecario está garantizada por una hipoteca, otorgada en la misma fecha

this Note and called the "Mortgage". That Mortgage protects the Lender from losses
de este Pagaré, denominada la "Hipoteca". La Hipoteca protege al Acreedor Hipotecario de pérdidas que podrían

which might result if Borrower defaults under this Note. ------
resultar si el Deudor Hipotecario incumpliere con los términos de este Pagaré.------

4. (A) Borrower shall make a payment of principal and interest to Lender on the first
4. (A) El Deudor Hipotecario hará un pago de principal más intereses, al Acreedor Hipotecario, el

day of each month begining on   September------ , 1996 . Any principal and
primer día de cada mes, comenzando en ------ de 19 -- . Cualquier principal más

interest remaining on the first day of   August------ 20 26 , will be due on that date,
intereses adeudados al día primero de ------ del 20 -- , vencerá en esa misma fecha,

which is called the maturity date. ------
que es denominada la fecha de vencimiento. ------

(B) Payment shall be made at the address notified to Borrower at closing, or at such
(B) El pago será efectuado en la dirección notificada al Deudor Hipotecario en el cierre o en cualquier otro lugar

other place as Lender may designate in writing by notice to Borrower.------
que el Acreedor Hipotecario pudiera designar por escrito notificando al Deudor Hipotecario.------

(C) Each monthly payment of principal and interest will be in the amount of
(C) Cada pago mensual de principal más intereses será por la cantidad de
Four Hundred Eighty One Dollars Seventy Six Cents------

($ 481.76------ ). This amount will be part of a larger monthly payment required by the
($ ------ ). Esta cantidad es parte de un pago mensual mayor, requerido por la

Mortgage, that shall be applied to principal, interest and other items in the order
Hipoteca, que será aplicado al principal, intereses y a otros conceptos en el orden descrito en la

described in the Mortgage.------
Hipoteca. ------

5. Borrower has the right to pay the debt evidenced by this Note, in whole or in part,
5. El Deudor Hipotecario tiene el derecho de pagar la deuda evidenciada por este Pagaré, total o

without charge or penalty, on the first day of any month.------
parcialmente, sin recargo ni penalidad, el primer día de cualquier mes.------

6. (A) If, Lender has not receive the full monthly payment required by the Mortgage, as described in Paragraph 4(C) of this Note, by the end of fifteen (15) calendar days after the payment is due, Lender may collect a late charge in the amount of four percent (4.00%) of the overdue amount of each payment.------------------------------------------------

6. (A) Si el Acreedor Hipotecario no hubiere recibido el pago total mensual requerido por la Hipoteca, tal como se describe en el párrafo 4(C) de este Pagaré, al cabo de quince (15) días calendarios después del vencimiento del pago, el Acreedor Hipotecario podrá cobrar un recargo por demora en la cantidad de un cuatro por ciento (4.00%) de la suma atrasada de cada pago. ------------------------------------------------

(B) If Borrower defaults by failing to pay in full any monthly payment, then Lender may, except as limited by regulations of the Secretary in the case of payment defaults, require immediate payment in full of the principal balance remaining due and all accrued interest. Lender may choose not to exercise this option without waiving its rights in the event of any subsequent default. In many circumstances regulations issued by the Secretary will limit Lender's rights to require immediate payment in full in the case of payment defaults. This Note does not authorize acceleration when not permitted by the Department of Housing and Urban Development of the United States of America (HUD) regulations. As us ed in this Note the word "Secretary" means the Secretary of the Department of Housing and Urban Development of the United States of America, or his or her designee.----------------------------------------------------------

(B) Si el Deudor Hipotecario incumpliere por no efectuar el pago completo de cualquir pago mensual, entonces, el Acreedor Hipotecario podrá, sujeto a las limitaciones reglamentarias del Secretario para el caso de incumplimiento por falta de pago, exigir el pago total inmediato del saldo impagado del principal y de todos los intereses acumulados. El Acreedor Hipotecario podrá elegir no ejercitar esta opción sin renunciar a sus derechos en caso de cualquier incumplimiento subsiguiente. En muchas circunstancias las reglamentaciones emitidas por el Secretario limitan los derechos del Acreedor Hipotecario para exigir el pago total inmediato por incumplimiento en el pago de plazos vencidos. Este Pagaré no autoriza la aceleración de su vencimiento cuando los reglamentos del Departamento de Desarrollo Urbano y Vivienda de los Estados Unidos de América (HUD) no lo permitan. Tal como se usa en este Pagaré, la palabra "Secretario" significa el Secretario del Departamento de Desarrollo Urbano y Vivienda de los Estados Unidos de América o su representante.----------------------------------------------------------

(C) If Lender has required immediate payment in full, as described above, Lender may require Borrower to pay costs and expenses including reasonable and customary attorney's fees for enforcing this Note. Such fees and costs shall bear interest from the date of disbursement at the same rate as the principal of this Note.------------------------------------------------

(C) Si el Acreedor Hipotecario ha exigido el pago total inmediato, según se describe anteriormente, podrá requerirle al Deudor Hipotecario que pague costas y gastos, incluyendo honorarios de abogado razonables y acostumbrados, por exigir el cumplimiento de este Pagaré. Dichos honorarios, costas y gastos devengarán intereses, desde el día de su desembolso, al mismo tipo que el principal de este Pagaré.----------------------

7. Borrower and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require Lender to demand payment of amounts due. "Notice of dishonor" means the right to require Lender to give notice to other persons that amounts due have not been paid.

7. El Deudor y cualquier otra persona que esté obligada bajo este Pagaré, renuncian los derechos de presentación y aviso de rechazo. "Presentación" significa el derecho de requerirle al Acreedor Hipotecario que demande el pago de las cantidades vencidas. "Aviso de rechazo" significa el derecho de requerirle al Acreedor Hipotecario notificar a otras personas de que las cantidades vencidas no han sido pagadas.

8. Unless applicable law requires a different method, any notice that must be given to Borrower under this Note will be given by delivering it or by mailing it by first class mail to Borrower at the Property address below or at a different address if Borrower has given Lender a notice of Borrower's different address.------------------------------------------------

8. Salvo que el derecho aplicable requiera un método distinto, cualquier notificación que deba hacerse al Deudor Hipotecario bajo este Pagaré se hará mediante entrega o por correo de primera clase, dirigida al Deudor Hipotecario, a la dirección de la Propiedad abajo indicada o a una dirección diferente, si el Deudor Hipotecario le ha notificado al Acreedor Hipotecario de una dirección diferente.------------------------------------------------

Any notice that must be given to Lender under this Note will be given by first class
Cualquier notificación que se debía hacer al Acreedor Hipotecario bajo este Pagaré le será hecha por

mail to Lender at the address stated in Paragraph 4(B) or at a different address if
correo de primera clase a la dirección expresada en el Párrafo 4(B) o a una dirección diferente si al

Borrower is given a notice of that different address.------------------------------------------------
Deudor Hipotecario le ha sido notificada una dirección diferente.----------------------------------------

9. If more than one person signs this Note, each person is fully and personally
9. Si más de una persona firma este Pagaré, cada una queda total y personalmente obligada a cumplir

obligated to keep all of the promises made in this Note, including the promise to pay
todos los compromisos contraídos en este Pagaré, incluyendo el de pagar la cantidad total adeudada.

the full amount owed. Any person who is a guarantor, surety or endorser of this Note
Cualquier persona que sea garantizadora, fiadora o endosante de este Pagaré está también obligada a

is also obligated to do these things. Any person who takes over these obligations,
cumplir lo estipulado. Cualquier persona que asuma estas obligaciones, incluyendo las obligaciones de un

including the obligations of a guarantor, surety or endorser of this Note, is also
garantizador, fiador o endosante de este Pagaré, también está obligada a cumplir todos los compromisos

obligated to keep all of other promises made in this Note. Lender may enforce its rights
contraídos en el mismo. El Acreedor Hipotecario podrá hacer valer sus derechos bajo este Pagaré en

under this Note against any person individually or against all signatories together. Any
contra de cada persona individualmente o en contra de todos los signatarios conjuntamente. A cualquier

one person signing this Note may be required to pay all of the amounts owed under this Note.-----------
suscribiente de este Pagaré le podrá ser requerido el pago de todas las cantidades adeudadas bajo el mismo.------------------

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants
Al suscribir este Pagaré el Deudor Hipotecario acepta y está de acuerdo con los términos y pactos

contained in this Note.-------------------------------------------------------------------------------
contenidos en el mismo.------------------------------------------------------------------------------

This Note is secured by a mortgage executed by Deed number ---215--- of this same
Este Pagaré está garantizado por Hipoteca constituida por la Escritura Número ------ otorgada en esta

date before the subscribing Notary.-----------------------------------------------------------------
misma fecha ante el Notario suscribiente.-----------------------------------------------------------

In    Caguas,----------------------Puerto Rico on    July 16,----------------- 1996.
En    ----------------------------Puerto Rico, a ---------------------------- 19--

_____
WIGBERTO RODRIGUEZ SANCHEZ

_____
JULIA ALAMO GONZALEZ

Sr 944  Km 0.1 Int., Hato Nuevo Ward
Gurabo, P.R.  00778

_____     _____
Property Address - Dirección de la Propiedad          Borrower(s) - Deudor(es) Hipotecario(s)

Affidavit Number  -6,780-
Afidávit Número
Acknowledged and subscribed to before me by the persons named above of the personal circuns-
tances referred to in the previously mentioned, whom are of the personal knowledge to the
Notary, in the place and date first written.

_____
NOTARY PUBLIC
NOTARIO PUBLICO

Pay to the order of :
FIRST FINANCIAL CARIBBEAN CORP

without Recourse

DORAL MORTGAGE CORP.
Authorized Signature

Pay to the order of

without recourse
HF Mortgage Bankers a division of
First Financial Caribbean Corporation

By: _____
        Authorized Signature

Date: _____

---NUMBER: TWO HUNDRED THIRTEEN----------------------------
---NUMERO : DOSCIENTOS TRECE----------------------------
I mean, Two Hundred Fifteen---------------------------
Digo, Doscientos Quince-------------------------------

------------------------FIRST MORTGAGE---------------------
------------------------PRIMERA HIPOTECA-------------------

---In   Caguas,-------------- , Commonwealth of Puerto Rico, this---
---En   -------------------- , Estado Libre Asociado de Puerto Rico, el---

sixteen (16)---- day of  July--------Nineteen Hundred and----
--------------------------de-------------- de Mil Novecientos-----------

Ninety  Six.
Noventa y --------------------------------------------------

------------------------BEFORE ME-------------------------
------------------------ANTE MI --------------------------

MIGUEL A. HERNANDEZ SANABRIA----------------- , Notary Public in
-------------------------------------------- , Notario Público de

Puerto Rico, with offices at   Caguas, Puerto Rico,-------------
Puerto Rico, con oficinas en  -------------------------------

and residence in   Caguas--------------------- , Puerto Rico.
y residencia en  ---------------------------- , Puerto Rico.

------------------------APPEAR-----------------------------
------------------------COMPARECEN ------------------------

--The parties mentioned in Paragraphs Ninth and Tenth of -------
--Las partes nombradas en los Párrafos Noveno y Décimo de esta Escritura-------

this Deed, hereinafter called the "Borrower" and the "Lender",-------
denominadas de aquí en adelante "Deudor Hipotecario" y "Acreedor Hipotecario",--

whose personal circumstances are set forth in said paragraphs.--------
cuyas circunstancias personales aparecen en dichos párrafos.----------

---The appearing parties assure me that they are in the full exercise----
---Asegúranme los comparecientes hallarse en el pleno goce de sus derechos --------

of their civil rights without anything to the contrary being known------
civiles, sin que me conste nada en contrario, y teniendo a mi juicio la capacidad------

to me, and being in my judgment legally competent to execute this----
legal necesaria para este otorgamiento, libremente--------------------

document, they freely------------------------------------------------

------------------------STATE  AND COVENANT ------------------
------------------------DECLARAN Y CONVIENEN------------------

FIRST: That the Borrower is the owner of the property or properties--
PRIMERO: Que el Deudor Hipotecario es dueño de la propiedad o propiedades----

described in Paragraph Eighth of this Deed, hereinafter called the-----
descritas en el Párrafo Octavo de esta Escritura, denominada en lo sucesivo la--

"Property" and has the right to mortgage the Property; that the-------
"Propiedad" y tiene el derecho de hipotecar la Propiedad; que la Propiedad está-----

Property is unencumbered, except for encumbrances of record and---
libre de cargas y gravámenes, excepto por las cargas inscritas y que el Deudor-------





Puerto Rico Revised

that the Borrower will warrant and defend the title to the Property
Hipotecario garantizará y defenderá su título a la Propiedad contra toda reclamación

against all claims and demands.-------------------------------------------------
y demanda.-------------------------------------------------------------------------

SECOND: That as evidence of a loan received from Lender, the
SEGUNDO: Que como evidencia de un préstamo recibido del Acreedor Hipotecario,

Borrower as of this date has subscribed a promissory note in the
el Deudor Hipotecario ha suscrito en esta misma fecha un pagaré por la------

sum of     sixty eight thousand nine hundred-----------------------
suma de    ---------------------------------------------------------

--------------- Dollars (US $ 68,900.00----------------) with interest
--------------- Dólares (US $ ----------------------------) con intereses a

at the rate of   seven and one half----------- percent ( 7 ½   %)
razón del       ---------------------------------- por ciento ( ------ %)

per annum until the total satisfaction of the same, payable to
anual, hasta el saldo total del mismo, pagadero a favor de----------------
DORAL MORTGAGE CORPORATION-----------------------------------

or its order, the principal and interest being payable in monthly
o a su orden y pagadero el principal e intereses en plazos mensuales

installments of four hundred eighty one dollars seventy six cents
de --------------------------------------------------------------------

--------------------------- Dollars (US $ 481.76--------------------)
--------------------------- Dólares (US $---------------------------)

commencing on the first day of  September,---- Nineteen Hundred
comenzando el día primero de  ----------------- de mil novecientos

Ninety Six--------- (1996) and a like amount on the first day of each
------------------- (19 -- ) e igual cantidad en cada uno de los días primeros

succeeding month until full payment of the debt, which if not paid
de cada mes subsiguiente hasta el pago total de la deuda, la cual si no es pagada

earlier, will be totally due and payable on the first day
antes, será totalmente vencedera y pagadera el primer día de-----------------

of  August--------------- , Two Thousand  Twenty Six   (20 26 )
----------------------------- , del año dos mil _____ (20 __ )

authenticated by the authorizing Notary, as per Affidavit
autenticado por el Notario autorizante, bajo Afidávit----------------

Number Six thousand Seven Hundred Eighty-------------------
número seis mil setecientos ochenta-----------------------

THIRD: In order to guarantee the total and complete payment of the
TERCERO: Con el propósito de garantizar el total y completo pago de la deuda

debt as evidenced by the above described promissory note, as well
que evidencia el pagaré descrito anteriormente, así como todas y cada una de las

as each and every one of the conditions therein contained, and to
condiciones que el mismo contiene, y para garantizar además tres sumas

further secure three additional amounts of six thousand eight hun-
adicionales de  dred ninety dollars------------------------------



each, which are stipulated to cover (a) interest in addition to those
cada una, que se fijan para cubrir (a) intereses además de los garantizados por

secured by law, (b) the amount which the debtor undertakes to
la ley, (b) la suma que el deudor se obliga a satisfacer como suma líquida sin

pay as a liquidated amount without necessity for liquidation and
necesidad de liquidación y aprobación por el tribunal para costas, gastos y

approval by the court to cover costs, expenses and attorney's fees
honorarios de abogado para el caso de que el tenedor del pagaré tome acción

in the event the holder of the Note has to take recourse to foreclose
judicial en ejecución de hipoteca y (c) cualesquiera otros adelantos que puedan

or judicial collection, and (c) any other advances that may be made
hacerse dentro de este contrato además de las cantidades que el Pagaré expresa,

under this contract in addition to the amounts stated in the Note,
el Deudor Hipotecario por la presente constituye una Primera Hipoteca sobre la

the Borrower hereby constitutes a First Mortgage on the
Propiedad que ha sido descrita en el Párrafo Octavo, incluyendo todas sus

Property described in Paragraph Eighth, including all of its
edificaciones, maquinarias, instalaciones y cualquier otro edificio o edificios y

buildings, machinery, installations and any other building or
estructuras que se construyan en la Propiedad así como cualquier otra maquinaria

buildings and structures that may be constructed on it as well as
o instalaciones que se coloquen en la Propiedad o en los edificios que existan en la

any other machinery or installations that may be placed on the Property
misma, o que sean construidas allí en el futuro, durante la vigencia de esta hipoteca,

or in the buildings existing on the same or which may be constructed
incluyendo todos sus usos, servidumbres y demás pertenencias, así como sus

thereon in the future, during the period of time that the mortgage is
rentas y productos de las mismas y todos los aparatos e instalaciones de cualquier

in effect, including all of its uses, servitudes and other appurtenances,
clase para suplir y distribuir calor, refrigeración, alumbrado, agua o energía y todo

as well as its rents and the product of the same and all apparatus and
el servicio e instalaciones necesarias instaladas o que se instalen en el futuro

installations of any kind for the furnishing and distribution of heat,
en la Propiedad y en general sobre todo derecho de propiedad, título e interés que

refrigeration, light, water or power and all the services and necessary
tenga el otorgante sobre la Propiedad.----------------------------------------------------

installations presently installed upon or which may be in the future
installed upon the Property and in general upon all of the property
rights, title and interest that the executing party may have in the
Property.---------------------------------------------------------------------------------

FOURTH: Borrower and Lender further covenant and agree as
CUARTO: El Deudor Hipotecario y el Acreedor Hipotecario pactan y convienen,

follows: -----------------------------------------------------------------------------------
además: ------------------------------------------------------------------------------------

---1. **Payment of Principal, Interest and Late Charge.** -------------------
---1. **Pago de Principal, Intereses y Recargos por Demora.**---------------------

The Borrower shall pay when due, principal and interest on,
El Deudor Hipotecario pagará puntualmente, a su vencimiento, el principal más



the debt evidenced by the Note, and late charges due under the
los intereses sobre la deuda evidenciada por el Pagaré y los recargos por demora

Note.------------------------------------------------------------------
adeudados conforme al Pagaré.-------------------------------------------

### ---2. Monthly Payment of Taxes, Insurance and Other Charges.
### ---2. Pago Mensual de Contribuciones, Seguros y Otros Cargos.----------------

Borrower shall include in each monthly payment, together with
El Deudor Hipotecario incluirá con cada pago mensual, junto con el principal

the principal and interest as set forth in the Note and any late charges,
e intereses pactados en el Pagaré y cualquier recargo por demora adeudado,-------

a sum for (a) taxes and special assessments levied or to be
una suma para (a) contribuciones tasadas o impuestas sobre la Propiedad

levied against the Property, (b) leasehold payments or ground
(b) pagos de cánones de arrendamiento o de renta para el terreno-------------

rents on the Property, and (c) premiums for insurance required
donde ubica la Propiedad y (c) primas de seguro requeridas en el-------------

under Paragraph 4. In any year in which the Lender must pay a
Párrafo 4. En cualquier año en que el Acreedor Hipotecario deba pagar una prima

mortgage insurance premium to the Secretary of Housing and Urban
de seguro al Secretario de Desarrollo Urbano y Vivienda ("Secretario"),-----------

Development ("Secretary"), or in any year in which such premium
o en cualquier año en que dicha prima pudiese ser requerida si el-------------

would have been required if Lender still held the Security Instrument,
Acreedor Hipotecario aún es el tenedor del Instrumento Garantizado,-------------

each monthly payment shall also include either: (i) a sum for the
cada pago mensual incluirá cualquier de : (i) una suma igual a la prima de---

annual mortgage insurance premium to be paid by Lender to the
seguro anual a ser pagada por el Acreedor Hipotecario al Secretario, o (ii)

Secretary, or (ii) a monthly charge instead of a mortgage insurance
un cargo mensual en lugar de la prima de seguro si el Instrumento Garantizado

premium if this Security Instrument is held by the Secretary, in a
es retenido por el Secretario en una suma razonable determinada por el-------

reasonable amount to be determined by the Secretary. Except for the
Secretario. Excepto por el cargo mensual impuesto por el Secretario, estos conceptos

monthly charge by the Secretary, these items are called "Escrow Items"
se llamarán "Partidas de Plica" y los fondos pagados al Acreedor Hipotecario se

and the sums paid to Lender are called "Escrow Funds."------------------
llamarán "Fondos en Plica".---------------------------------------------

---Lender may, at any time, collect and hold amounts for Escrow
---El Acreedor Hipotecario podrá, en cualquier momento, cobrar y retener

Items in an aggregate amount not to exceed the maximum amount that
Partidas de Plica en una cantidad agregada que no excederá la suma máxima

may be required for Borrower's escrow account under the Real Estate
que pudiese ser requerida para la cuenta de plica del Deudor Hipotecario bajo



Settlement Procedures act of 1974, 12 U.S.C. § 2601 et seq. and
el "Real Estate Settlement Procedures Act" del 1994, 12 U.S.C. § 2601 et seq. y sus

implementing regulations, 24 CFR Part 3500, as they may be amended
reglamentos, 24 CFR Part 3500, según sean enmendados de tiempo en tiempo

from time to time ("RESPA"), except that the cushion or reserve
("RESPA"), excepto que la reserva permitida por RESPA para----------------

permitted by RESPA for unanticipated disbursements or disbursements
desembolsos no anticipados o desembolsos con anterioridad a la diponibilidad de

before the Borrower's payments are available in the account may not be
los fondos del Deudor Hipotecario en la cuenta no podrán estar basados en las

based on amounts due for the mortgage insurance premium.
cantidades vencidas para la prima de seguro de hipoteca.---------------------

---If the amounts held by Lender for Escrow Items exceed the amounts
---Si las cantidades retenidas por el Acreedor Hipotecario para las Partidas

permitted to be held by RESPA, Lender shall deal with the excess funds
de Plica excedieran las cantidades permitidas por RESPA, el Acreedor Hipotecario



as required by RESPA.------------------------------------------------------
dispondrá del exceso de fondos en la forma requerida por RESPA.--------------

If the amounts of funds held by Lender at any time are not sufficient to
Si los fondos retenidos por el Acreedor en cualquier momento no fuesen suficientes

pay the Escrow Items when due, Lender may notify the Borrower and
para pagar las Partidas de Plica a su vencimiento, el Acreedor Hipotecario

require Borrower to make up the shortage or deficiency as permitted by
podrá notificar y requerir al Deudor Hipotecario pagar la diferencia, o deficiencia,

RESPA.--------------------------------------------------------------------
según permitido por RESPA.------------------------------------------------

---The Escrow Funds are pledged as additional security for all sums
---Los Fondos en Plica se pignoran como garantía adicional a todas las sumas

secured by this Security Instrument. If Borrower tenders to Lender the
aseguradas por esta Hipoteca. Si el Deudor Hipotecario satisface al---------

full payment of all such sums, Borrower's account shall be credited with
Acreedor Hipotecario dichas sumas, la cuenta del Deudor Hipotecario se acreditará

the balance remaining for all installment items (a), (b), and (c) and any
por el balance pendiente en las partidas (a), (b) y (c) y cualquier plazo de prima de seguro

mortgage insurance premium installment that Lender has not become
que el Acreedor Hipotecario no ha sido obligado a pagar al Secretario, y----

obligated to pay to the Secretary, and Lender shall promtly refund any
el Acreedor Hipotecario reembolsará prontamente el exceso de los fondos al

excess funds to Borrower. Immediately prior to a foreclosure sale of the
Deudor Hipotecario. Inmediatamente antes de la venta mediante la ejecución de la hipoteca

Property or its acquisition by Lender, Borrower's account shall be
de la propiedad o su adquisición por el Acreedor Hipotecario, la cuenta del Deudor

credited with any balance remaining for all installments for items (a),
Hipotecario deberá acreditarse con cualquier balance resultante de todas las



(b), and (c).----------------------------------------------------------------------------

partidas (a), (b) y (c).----------------------------------------------------------------------

----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------
----------------------------------------------------------------------------

**---3. Application of Payments.** All payments under Paragraphs

**---3. Aplicación de Pagos.** Todos los pagos bajo los Párrafos----------------------

1 and 2 shall be applied by Lender as follows: -----------------------

1 y 2 serán aplicados por el Acreedor Hipotecario como sigue:-------------

---First, to the mortgage insurance premium to be paid by---------

---Primero, a la prima del seguro hipotecario a ser pagada por--------------------

Lender to the Secretary or to the monthly charge by the-----------

el Acreedor Hipotecario al Secretario o al cargo mensual pagadero

Secretary instead of the monthly mortgage insurance premium;---------

al Secretario en lugar de la prima mensual del seguro hipotecario;--------

---Second, to any taxes, special assessments, leasehold pay----------

---Segundo, a cualquier tipo de contribuciones, impuestos especiales,-------------

ments or ground rents, and fire, flood and other hazard--------------------

cánones de arrendamiento o renta por el uso del suelo donde ubica la--------------------

insurance premiums as required; --------------------------------------------------

Propiedad y las primas de seguro contra fuego, inundaciones y otros riesgos, según

requeridas;----------------------------------------------------------------

---Third, to interest due under the Note;----------------------------------------

---Tercero, a intereses vencidos conforme al Pagaré;------------------------------

---Fourth, to amortization of the principal amount of the Note. ---------

---Cuarto, a la amortización del principal del Pagaré. --------------------------

---Fifth, to late charges due under the Note. --------------------------------

---Quinto, a los recargos por demora adeudados conforme el Pagaré. --------------

**---4. Fire, Flood and Other Hazard Insurance.** Borrower shall

**---4. Seguros Contra Fuego, Inundaciones y Otros Riesgos.** El-------------------

insure all improvements on the Property, whether now in----------------

Deudor Hipotecario asegurará las mejoras ahora existentes o---------------------

existence or------------------------------------------------------------------

subsiguientemente edificadas sobre la-----------------------------------------------



subsequently erected, against all hazards, casualties and contin-
Propiedad, contra riesgos, pérdidas y contingencias, incluyendo fuego, para los

gencies, including fire, for which Lender requires insurance. This
cuales el Acreedor Hipotecario exige seguro. Dicho seguro será mantenido en las

insurance shall be maintained in the amounts and for the periods
cantidades y por los plazos que el Acreedor Hipotecario requiera. El Deudor

that Lender requires. Borrower shall also insure all improvements
Hipotecario también asegurará las mejoras ahora existentes en la Propiedad o

on the Property, whether now in existence or subsequently erected
eregidas subsiguientemente contra pérdidas por inundaciones hasta donde lo

against loss by flood to the extent required by the Secretary. All
requiera el Secretario. Todo seguro será proporcionado por compañías aprobadas

insurance shall be carried with companies approved by Lender.
por el Acreedor Hipotecario. Las pólizas de seguro y sus renovaciones serán

The insurance policies and any renewals shall be held by Lender and
retenidas por el Acreedor Hipotecario e incluirán cláusulas de pago por pérdidas

shall include loss payable clauses in favor of, and in a form acceptable
a favor de, y en forma aceptable a, el Acreedor Hipotecario.----------------------

to, Lender. ---------------------------------------------------------------------------------

---In the event of loss, Borrower shall give Lender immediate notice
---En caso de pérdida, el Deudor Hipotecario notificará de inmediato por correo

by mail. Lender may make proof of loss if not made promptly by
al Acreedor Hipotecario. El Acreedor Hipotecario podrá presentar prueba de su

Borrower. Each insurance company concerned is hereby authorized
pérdida si el Deudor Hipotecario no lo hiciere prontamente. Cada compañía de

and directed to make payment for such loss directly to Lender,
seguro concernida queda por la presente autorizada y ordenada para que efectúe

instead of the Borrower and to Lender jointly.-------------------------------
el pago por tales pérdidas directamente al Acreedor Hipotecario en lugar de hacerlo
al Deudor Hipotecario y al Acreedor Hipotecario conjuntamente.----------------------

All or any part of the insurance proceeds may be applied by Lender,
Todo o cualquier parte del producto del seguro puede ser aplicado por el Acreedor

at its option, either (a) to the reduction of the indebtedness under
Hipotecario, a opción suya, (a) a la reducción de la deuda bajo el Pagaré y esta

the Note and this Mortgage, first to any delinquent amounts applied
Hipoteca, primero a las cantidades atrasadas, aplicado en el orden indicado en el

in the order in Paragraph 3, and then to prepayment of principal, or
Párrafo 3 y luego al pre-pago de principal, o (b) a la restauración o reparación de la

(b) to the restoration or repair of the damaged Property. Any
Propiedad damnificada. Cualquier aplicación del producto del seguro al principal

application of the proceeds to the principal shall not extend or
no extenderá ni pospondrá la fecha de vencimiento de los pagos mensuales a que

postpone the due date of the monthly payments which are referred
se hace referencia en el Párrafo 2, ni cambiará la suma de dichos pagos. Cualquier

to in Paragraph 2, or change the amount of such payments. Any
exceso en el producto del seguro sobre la cantidad requerida para pagar la



excess insurance proceeds over an amount required to pay all
totalidad de la deuda bajo el Pagaré y esta Hipoteca será pagadero a la entidad

outstanding indebtedness under the Note and the Mortgage shall be
con derecho a ese pago. ---------------------------------------------------------------

paid to the entity legally entitled thereto.---------------------------------

---In the event of foreclosure of this Mortgage or other transfer of
---En caso de ejecución de esta Hipoteca o de cualquier otra transferencia del

title to the Property that extinguishes the indebtedness, all right, title
título de la Propiedad que extinga la deuda, todo derecho, título e interés del Deudor

and interest of Borrower in and to insurance policies in force shall
Hipotecario en pólizas de seguro vigentes pasarán al comprador.---------------------

pass to the purchaser.---------------------------------------------------------------

---**5. Occupancy. Preservation. Maintenance and Protection of the**
---**5. Ocupación. Preservación. Mantenimiento y Protección de**------------------

**Property; Borrower's Loan Application; Leaseholds.** Borrower---------
**la Propiedad; Solicitud de Préstamo del Deudor Hipotecario;**----------------

shall occupy, establish and use the Property as Borrower's-----
**Arrendamientos.** El Deudor Hipotecario deberá ocupar, establecer----------------

principal residence within sixty days after the execution of
y usar la Propiedad como su residencia principal dentro de----------------------

this Mortgage and shall continue to occupy the Property as--------------
sesenta días posterior al otorgamiento de esta Hipoteca y---------------------------

Borrower's principal residence for at least one year after the
deberá continuar ocupando la Propiedad como su residencia principal------

date of occupancy, unless the Secretary determines this require-
hasta por lo menos un año después de la fecha de ocupación--------------------

ment will cause undue hardship to Borrower, or unless exte-
de la misma, a menos que el Secretario determine que este----------------------

nuating circumstances exist which are beyond Borrower's--------
requerimiento puede causar problemas excesivos al Deudor Hipo----------------

control. Borrower shall notify Lender of any extenuating-----------
tecario, o a menos que existan circunstancias atenuantes que--------------------

circumstances. Borrower shall not commit waste or destroy,-------
estén fuera del control del Deudor. El Deudor Hipotecario--------------

damage or substantially change the Property or allow the------------
deberá notificar al Acreedor Hipotecario de cualquiera de estas--------------------

Property to deteriorate, reasonable wear and tear excepted.---------
circunstancias atenuantes. El Deudor Hipotecario no causará----------------

Lender may inspect the Property if the Property is vacant or
menoscabo, ni destruirá, dañará ni sustancialmente alterará-------------------

abandoned or if the loan is in default. Lender may take reason-
la Propiedad ni permitirá que la Propiedad se deteriore-------------------

able action to protect and preserve such vacant or abandoned-----
excepto por el uso y desgaste normal. El Acreedor Hipotecario--------------------



Property. Borrower shall also be in default if Borrower,------------
podrá inspeccionar la Propiedad si estuviese desocupada o------------

during the loan application process, gave materially false or
abandonada o si hubiese incumplimiento del préstamo. El------------

inaccurate information or statements to Lender (or failed to---
Acreedor Hipotecario podrá tomar aquella acción razonable que------------

provide Lender with any material information) in connection----------
sea necesaria para proteger y cuidar dicha Propiedad desocupada---------

with the loan evidenced by the Note, including, but not------------
o abandonada. El Deudor Hipotecario también estará en------------

limited to, representations concerning Borrower's occupancy of
incumplimiento si durante el proceso de solicitar el préstamo------------

the Property as a principal residence.------------
hubiese dado al Acreedor Hipotecario información o declaraciones materialmente
falsas o inexactas (o dejara de proveer al Acreedor Hipotecario información----------
pertinente o necesaria) en relación con el préstamo evidenciado por el Pagaré,-------
incluyendo, pero no limitado a, representaciones relacionadas con la ocupación por-
el Deudor Hipotecario de la Propiedad como su residencia principal.------------

If this Mortgage is on a leasehold, Borrower shall comply----------
Si esta Hipoteca recae sobre un derecho de arrendamiento, el----------

with the provisions of the lease. If Borrower acquires fee simple-------
Deudor Hipotecario cumplirá con los términos de dicho arrendamiento.----------

title to the Property, the leasehold and fee simple title shall not--------
Si el Deudor Hipotecario adquiere título en pleno----------

be merged unless Lender agrees to the merger in writing.------------
dominio sobre la Propiedad, el derecho de arrendamiento y el título en pleno domi-
nio no se consolidarán a menos que el Acreedor Hipotecario dé su consentimiento
por escrito.------------

**---6. Charges to Borrower and Protection of Lender's Rights**
**---6. Cargos al Deudor y Protección de los Derechos del** ------

**in the Property.** Borrower shall pay all governmental or------------
**Acreedor Hipotecario sobre la Propiedad.** El Deudor Hipotecario------------

municipal charges, fines and impositions that are not------------
pagará todo cargo, penalidad o impuesto gubernamental o------------

included in Paragraph 2. Borrower shall pay these obligations
municipal que no estén incluidos en el Párrafo 2. El Deudor------------

on time directly to the entity to which payment is owed. If
Hipotecario pagará dichas obligaciones a tiempo directamente------------

failure to pay would adversely affect Lender's interest in the
a la entidad a la cual se le adeude dicho pago. Si la falta------------

Property, upon Lender's request Borrower shall promptly------
de pago afectase adversamente el interés del Acreedor Hipotecario-------

furnish the receipts evidencing these payments.------------
en la Propiedad, el Deudor Hipotecario, a solicitud del Acreedor Hipotecario, le
suministrará prontamente los recibos que evidencien dichos pagos.------------



---If Borrower fails to make these payments or the payments required
---Si el Deudor Hipotecario no hace dichos pagos o los requeridos bajo el Párrafo

by Paragraph 2, or fails to perform any other covenants and agree-
2, o deja de cumplir con algún otro pacto o convenio contenido en esta Hipoteca o

ments contained in this Mortgage, or there is a legal proceeding that
si existiera un procedimiento legal que pudiera afectar significativamente los

may significantly affect Lender's rights in the Property (such as a
derechos del Acreedor Hipotecario sobre la Propiedad (tal como un procedimiento

proceeding in bankruptcy, for condemnation or to enforce laws or
de quiebra, de expropiación o para hacer valer las leyes o reglamentos), entonces, el

regulations), then Lender may do and pay whatever is necessary to
Acreedor Hipotecario podrá hacer y pagar lo que sea necesario para proteger el

protect the value of the Property and Lender's rights in the Property,
valor de la Propiedad y sus derechos sobre la misma, incluyendo el pago de impuestos,

including payment of taxes, hazard insurance and other items
seguro contra riesgos y otros renglones mencionados en el Párrafo 2.-------------

mentioned in Paragraph 2.----------------------------------------------------

---Any amounts disbursed by Lender under this Paragraph shall
---Cualquier cantidad desembolsada por el Acreedor Hipotecario bajo este Párrafo

become an additional debt of Borrower and be secured by this
se convertirá en una obligación adicional del Deudor Hipotecario y estará asegurada

Mortgage. These amounts shall bear interest from the date of
por esta Hipoteca. Dichas cantidades devengarán intereses desde la fecha de

disbursement, at the Note's rate, and at the option of Lender, shall
desembolso, a la tasa del Pagaré y a opción del Acreedor Hipotecario, advendrán

be immediately due and payable.------------------------------------------
vencederas y pagaderas inmediatamente.-----------------------------------

---7. **Condemnation.** The proceeds of any award or claim for damages,
---7. **Expropiación.** El producto de cualquier laudo o reclamación por daños,

direct or consequential, in connection with any condemnation or
directos, emergentes o resultantes, en relación con cualquier expropiación forzosa

other taking of any part of the Property, or for conveyance in place
o por traspaso en lugar de expropiación, quedan por la presente cedidos y serán

of condemnation, are hereby assigned and shall be paid to Lender
pagados al Acreedor Hipotecario hasta la cantidad total adeudada bajo el Pagaré

to the extent of the full amount of the indebtedness that remains
y esta Hipoteca. El Acreedor aplicará dichos fondos a la reducción de la deuda bajo

unpaid under the Note and this Mortgage. Lender shall apply such
el Pagaré y esta Hipoteca, primero a cualquier cantidad atrasada, en el orden

proceeds to the reduction of the indebtedness under the Note and this
dispuesto en el Párrafo 3 y luego al prepago del principal. Cualquier aplicación de los

Mortgage, first to any delinquent amount applied in the order
fondos al principal no extenderá ni pospondrá la fecha de vencimiento de los pagos

provided in Paragraph 3, and then to prepayment of principal. Any
mensuales a que se hace referencia en el Párrafo 2, ni cambiará la cantidad de dichos



application of the proceeds to the principal shall not extend or
pagos. Cualquier exceso en los fondos sobre la cantidad necesaria para pagar la

postpone the due date of the monthly payments, which are referred to
totalidad de la deuda bajo el Pagaré y esta Hipoteca será pagado a la entidad con

in Paragraph 2, or change the amount of such payments. Any excess
derecho a recibirlo.---------------------------------------------------------------

proceeds over an amount required to pay all outstanding indebtedness
under the Note and this Mortgage shall be paid to the entity legally
entitled thereto.---------------------------------------------------------------

---**8. Fees.** Lender may collect fees and charges authorized by the
---**8. Honorarios.** El Acreedor Hipotecario podrá cobrar los honorarios y cargos

Secretary.---------------------------------------------------------------------
autorizados por el Secretario.---------------------------------------------------

---**9. Grounds for Acceleration of Debt.** ------------------------------------
---**9. Bases para la Aceleración de la Deuda.** ------------------------------

---(a) Default. Lender may, except as limited by regulations issued
---(a) Incumplimiento. El Acreedor Hipotecario podrá, sujeto a las limitaciones

by the Secretary in the case of payment defaults, require immediate
contenidas en las reglamentaciones establecidas por el Secretario para el caso de

payment in full of all sums secured by this Mortgage if: ----------------
incumplimiento de pagos, requerir el pago total inmediato de todas las sumas
garantizadas por esta Hipoteca si: ---------------------------------------------

---(i) Borrower defaults by failure to pay in full any monthly payment
---(i) El Deudor Hipotecario incumple al no pagar completamente cualquier pago

required by this Mortgage prior to or on the due date of the next monthly
mensual requerido por esta Hipoteca, en o antes del vencimiento del pago mensual

payment, or --------------------------------------------------------------------
siguiente, o--------------------------------------------------------------------

---(ii) Borrower defaults by failure, for a period of thirty days, to
---(ii) Si el Deudor Hipotecario incumple al dejar de efectuar, durante un término

perform any other obligations contained in this Mortgage.---------------
de treinta días, cualquier otra obligación contenida en esta Hipoteca .----------

---(b) Sale Without Credit Approval. Lender shall, if permitted
---(b) Venta sin Aprobación de Crédito. El Acreedor Hipotecario---------------

by applicable law and with the prior approval of the Secretary,
podrá, si fuera permitido por el derecho aplicable y con--------------------

require immediate payment in full of all sums secured by this-----------
previa aprobación del Secretario, requerir el pago inmediato de------------------

Mortgage if: -------------------------------------------------------------------
la totalidad de todas las sumas garantizadas por esta Hipoteca si: --------------

---(i) All or part of the Property, or a beneficial interest in------
---(i) Todo o parte de la Propiedad, o una participación en un---------

a trust owning all or part of the Property, is sold or otherwise
fideicomiso dueño de todo o de parte de la Propiedad, es vendida ------------

transferred (other than by devise or descent) by the Borrower,
o de otra forma transferida por el Deudor Hipotecario------------------------

and-----------------------------------------------------------------------------
(excepto por legado o herencia) y ------------------------------------------------



---(ii) The Property is not occupied by the purchaser or grantee as
---(ii) La Propiedad no está ocupada por el comprador o cesionario------------

his or her principal (or secondary) residence, or the purchaser or
nario como su residencia principal (o secundaria) o de estarlo----

grantee does so occupy the Property, but his or her credit has not been
si su crédito no ha sido aprobado de acuerdo con los requisitos-------------------

approved in accordance with the requirements of the Secretary.------
del Secretario.--------------------------------------------------------------------------

---The words in brackets apply only for cases not subject to--------
---Las palabras en paréntesis aplican solamente a casos que no --------------

the restriction on secondary residences. Paragraph 9(b) -----------
estén sujetos a la restricción sobre residencias secundarias. ------------------

applies if one of the following three conditions has been met:
El Párrafo 9 (b) aplica si una de las siguientes tres condiciones se ha cumplido: -------

---(i) A conditional commitment or master conditional commit- -------
---(i) Un acuerdo condicionado o un acuerdo condicionado en -------------

ment has been issued by HUD on or after December Fifteen,
bloque ha sido emitido por HUD en o posterior al quince de diciembre de mil

Nineteen Hundred Eighty-Nine; or-----------------------------------------
novecientos ochenta y nueve; o----------------------------------------------------

---(ii) An appraisal report or master appraisal report has been-----
---(ii) Un informe de tasación o un informe de tasación en -----------------------

signed by a Direct Endorsement underwriter on or after -------------
bloque ha sido firmado por Endoso Directo por el originador en -----------

December Fifteen, Nineteen Hundred Eighty-Nine, or----------------
o posterior al quince de diciembre de mil novecientos ochenta y nueve, o

---(iii) A certificate of reasonable value or master certificate---
---(iii) Un certificado de valor razonable o un certificado--------------------

of reasonable value has been issued by the Department of-----
de valor razonable en bloque ha sido emitido por el Departamento-------

Veterans Affairs on or after December Fifteen, Nineteen Hundred
de Asuntos del Veterano en o posterior al quince de diciembre de mil------

Eighty-Nine. ----------------------------------------------------------------------
novecientos ochenta y nueve.----------------------------------------------------

---(c) No Waiver. If circumstances occur that would permit -------------
---(c) No Habrá Renuncia. Si ocurrieran circunstancias que---------------------

Lender to require immediate payment in full, but Lender does----
permitan al Acreedor Hipotecario requerir el pago total inmediato -------------

not require such payment, Lender does not waive its rights--------
y no lo hiciera, el Acreedor Hipotecario no renuncia sus-----------------------

with respect to subsequent events. ---------------------------------------
derechos respecto a eventos subsiguientes. --------------------------------------

---(d) Regulations of HUD Secretary. In many circumstances
---(d) Reglamentos del Secretario de HUD. En muchas circunstancias------

regulations issued by the Secretary will limit Lender's -----------
los reglamentos emitidos por el Secretario limitarán ----------------------------



rights, in the case of payment defaults, to require immediate
los derechos del Acreedor Hipotecario, en el caso de incumpli-

payment in full and to foreclose if not paid. This Mortgage does
miento, para requerir el pago total inmediato y para proceder------------

not authorize acceleration or foreclosure if not permitted by
a la ejecución si no lo satisfacen. Esta Hipoteca no autoriza---------------

regulations of the Secretary. ----------------------------------------------
aceleración de pago o ejecución de hipoteca a menos que sea permitido por los
reglamentos del Secretario. ----------------------------------------------

---(e) Mortgage Not Insured. Borrower agrees that if this-----
---(e) Hipoteca No Asegurada. El Deudor Hipotecario conviene-----------

Mortgage and the Note secured hereby are not eligible for--------
que si esta Hipoteca y el Pagaré por ella garantizado no ---------------

insurance under the National Housing Act within ninety (90) ----
fueran elegibles para ser asegurados bajo la ley Nacional de --------------

days from the date hereof, then Lender may, at its option and not-
Vivienda dentro de noventa (90) días desde esta fecha, el -----------------

withstanding anything in Paragraph 10, require immediate payment
Acreedor Hipotecario podrá requerir, a opción suya, y no obstante-------------

in full of all sums secured by this Mortgage. A written state----
lo dispuesto en el Párrafo 10, el pago total inmediato de---------------

ment of any authorized agent of the Secretary dated subsequent------
todas las sumas garantizadas por esta Hipoteca. La declaración------------------

to ninety (90) days from the date hereof, declining to --------------
por escrito de cualquier agente autorizado del Secretario fechada----------

insure this Mortgage and the Note secured thereby, shall be ------
con posterioridad de noventa (90) días de la fecha de --------------------

deemed conclusive proof of such ineligibility. Notwithstanding
ésta, negándose a asegurar esta Hipoteca y el Pagaré, se considerará-------

the foregoing, this option may not be exercised by Lender when
prueba concluyente de tal inelegibilidad. No obstante------------------------

the unavailability of insurance is solely due to Lender's-------------------
lo anterior, esta opción no podrá ser ejercitada por el --------------------

failure to remit a mortgage insurance premium to the-------------------
Acreedor Hipotecario cuando la no disponiblidad del seguro se------------------

Secretary.----------------------------------------------------------------
deba únicamente a que dicho acreedor no haya remitido al Secretario la prima del
seguro hipotecario.-------------------------------------------------------

---10. Reinstatement. Borrower has a right to be reinstated
---10. Reinstalación. El Deudor Hipotecario tiene el derecho--------------------

if Lender has required immediate payment in full because of-----
a que se le reinstale si el Acreedor Hipotecario le ha requerido ---------------

Borrower's failure to pay an amount due under the Note or this
el pago inmediato total debido a que el Deudor Hipotecario----------------------

Mortgage. This right applies even after foreclosure proceed- -----
haya incumplido en el pago de cualquier suma adeudada bajo el------------------

ings are instituted. To reinstate the Mortgage, Borrower shall
Pagaré o esta Hipoteca. Este derecho aplica aún después de-------------------



tender in a lump sum all amounts required to bring Borrower's
haberse iniciado procedimiento de ejecución. Para reinstalar la--------------------

account current including, to the extent they are obligations of ---
Hipoteca el Deudor Hipotecario deberá entregar, de una sola vez,---------------

Borrower under this Mortgage, foreclosure costs and reasonable and
todas las sumas requeridas para poner su cuenta al día, incluyendo---------------

customary attorney's fees and expenses properly associated with the
hasta donde sean obligaciones del Deudor Hipotecario bajo esta ------------

foreclosure proceedings. Upon reinstatement by Borrower, this Mort-
Hipoteca, costas de ejecución y honorarios de abogado razonables y---------

gage, and the obligations that it secures, shall remain in effect as if
acostumbrados y gastos propiamente asociados con el procedimiento--------------

Lender had not required immediate payment in full. However,---
de ejecución. Luego de la reinstalación por el Deudor Hipotecario,---------------

Lender is not required to permit reinstatement if: (i) Lender has
esta Hipoteca y las obligaciones que ella garantiza permanecerán en

accepted reinstatement after the commencement of foreclosure-----
vigor como si el Acreedor Hipotecario no hubiera requerido pago ---------

proceedings within two years immediately preceding the commence-
inmediato total. Sin embargo, el Acreedor Hipotecario no está--------------

ment of a current foreclosure proceeding, (ii) reinstatement will--
obligado a permitir la reinstalación si: (i) el Acreedor Hipotecario

preclude foreclosure on different grounds in the future, or ---------
ya ha aceptado una reinstalación después de haber comenzado un ---------

(iii) reinstatement will adversely affect the priority of the lien -----
procedimiento de ejecución dentro de los dos años inmediatamente ---------

created by this Mortgage. ----------------------------------------------------
anteriores al comienzo del procedimiento de ejecución actual, (ii) la reinstalación
impide una ejecución por razones diferentes en el futuro, o (iii) la reinstalación habrá
de afectar adversamente el rango del gravamen creado por esta Hipoteca. ------------

---**11. Borrower Not Released. Forbearance by Lender Not a Waiver.**
---**11. Deudor Hipotecario No Relevado. Indulgencia de Morosidad por el Acreedor**

Extension of the time of payment or modification of amortization of
**Hipotecario No Constituye Renuncia.** La prórroga de la fecha de pago, la modifica-

the sums secured by this Mortgage granted by Lender to any
ción de la amortización de las sumas aseguradas por esta Hipoteca concedidas por

successor in interest of Borrower shall not operate to release the
el Acreedor Hipotecario a cualquier sucesor en título del Deudor Hipotecario no

liability of the original Borrower or Borrower's successors in
relevarán de responsabilidad al Deudor Hipotecario original o a sus sucesores en----

interest. Lender shall not be required to commence proceedings
título. No se requerirá del Acreedor Hipotecario que comience procedimientos

against any successor in interest or refuse to extend time for payment
contra cualquier sucesor en título ni que rehuse extender la fecha de pago o que de

or otherwise modify amortization of the sums secured by this Mortgage
otra forma modifique la amortización de las sumas garantizadas por esta Hipoteca



by reason of any demand made by the original Borrower or Borrower's
por razón de cualquier exigencia del Deudor Hipotecario original o de sus sucesores

successors in interest. Any forbearance by Lender in exercising any
en título. Cualquier indulgencia del Acreedor Hipotecario en el ejercicio de---------

right or remedy shall not be a waiver of or preclude the exercise of any
cualesquier derecho o remedio no constituirá renuncia ni impedimento para el

right or remedy. --------------------------------------------------------------------
ejercicio de cualesquiera de esos derechos y remedios. ----------------------------

---**12. Successors and Assigns Bound; Joint and Several Liability;**
---**12. Sucesores y Cesionarios Obligados; Responsabilidad Solidaria; Co-firmantes.**

**Co-Signers.** The covenants and agreements of this Mortgage shall
Los pactos y convenios contenidos en esta Hipoteca obligarán y beneficiarán a los

bind and benefit the successors and assigns of Lender and Borrower,
sucesores y cesionarios del Acreedor Hipotecario y del Deudor Hipotecario, sujeto

subject to the provisions of Paragraph 9 (b). Borrower's covenants
a las disposiciones del Párrafo 9 (b). Los pactos y convenios del Deudor---------

and agreements shall be joint and several. Any Borrower who
Hipotecario serán solidarios. Cualquier Deudor Hipotecario que sea co-firmante

co-signs this Mortgage, but does not execute the Note: (a) is co-signing
de esta Hipoteca pero no del Pagaré: (a) es cofirmante únicamente para hipotecar

this Mortgage only to mortgage, grant and convey that Borrower's
todo su interés y derecho sobre la Propiedad, bajo los términos y condiciones

interest in the Property under the terms of this Mortgage; (b) is not
contenidos en esta Hipoteca; (b) no queda personalmente obligado a pagar las sumas

personally obligated to pay the sums secured by this Mortgage; and
garantizadas por esta Hipoteca; y (c) pacta y conviene que el Acreedor Hipotecario

(c) agrees that Lender and any other Borrower may agree to extend,
y cualquier otro Deudor Hipotecario podrán acordar, prorrogar, modificar,

modify, forebear or make any accommodations with regard to the
renunciar o llegar a cualquier otro arreglo sobre los términos de esta Hipoteca o

terms of this Mortgage or the Note without that Borrower's consent.
del Pagaré, sin el consentimiento de dicho cofirmante de la Hipoteca.

---**13. Notices.** Any notice to Borrower provided for in this Mortgage
---**13. Notificaciones.** Toda notificación al Deudor Hipotecario prevista en esta

shall be given by delivering it or by mailing it by First Class
Hipoteca le será hecha mediante entrega o por correo de Primera Clase, a menos que

Mail unless applicable law requires use of another method. The notice
el derecho aplicable requiera el uso de otro método. La notificación le será dirigida

shall be directed to the Property address or any other address
a la dirección de la Propiedad o a la que el Deudor Hipotecario haya designado

Borrower designates by notice to Lender. Any notice to Lender shall
mediante notificación al Acreedor Hipotecario. Cualquier notificación al Acreedor

be given by First Class Mail to Lender's address stated herein or any
Hipotecario se hará por correo de Primera Clase a su dirección expresada en ésta o a

address Lender designates by notice to Borrower. Any notice provided
la que el Acreedor Hipotecario designe mediante notificación al Deudor Hipotecario.



Puerto Rico Revised form May 1995

for in this Mortgage shall be deemed to have been given to Borrower
Cualquier notificación prevista en esta Hipoteca se entenderá hecha al Deudor

or Lender when given as provided in this paragraph. --------------------
Hipotecario o al Acreedor Hipotecario cuando se haya hecho de la manera dispuesta
en este párrafo. -----------------------------------------------------------------------

---**14. Governing Law: Severability.** This Mortgage shall be governed
---**14. Derecho Aplicable: Separabilidad.** Esta Hipoteca se regirá por la ley Federal

by Federal Law and the laws of the Commonwealth of Puerto Rico.
y las leyes del Estado Libre Asociado de Puerto Rico. En la eventualidad de que

In the event that any provision or clause of this Mortgage or the Note
cualquier disposición o cláusula de esta Hipoteca o del Pagaré conflija con el derecho

conflicts with applicable law, such conflicts shall not affect other
aplicable, dicho conflicto no afectará las demás disposiciones de esta Hipoteca o del

provisions of this Mortgage or the Note, which can be given effect
Pagaré que se puedan hacer cumplir sin la disposición conflictiva. A estos fines las

without the conflicting provision. To this end the provisions of this
disposiciones de esta Hipoteca y del Pagaré por la presente se declaran separables.

Mortgage and the Note are declared to be severable. ---------------------

---**15. Borrower's Copy.** Borrower shall be given one conformed copy
---**15. Copia para el Deudor Hipotecario.** Al Deudor Hipotecario se le entregará una

of this mortgage deed. -----------------------------------------------------
copia concordante de esta escritura de hipoteca. ---------------------------------

---**16. Assignment of Rents.** Borrower unconditionally assigns and
---**16. Cesión de Rentas.** El Deudor Hipotecario incondicionalmente cede y transfiere

transfers to Lender all the rents and revenues of the Property.
al Acreedor Hipotecario todas las rentas y réditos de la Propiedad. El Deudor

Borrower authorizes Lender or Lender's agents to collect the rents
Hipotecario autoriza al Acreedor Hipotecario o sus agentes a cobrar las rentas y

and revenues and hereby directs each tenant of the Property to pay
réditos y por la presente instruye a cada inquilino de la Propiedad que pague las

the rents to Lender or Lender's agents. However, prior to Lender's
rentas al Acreedor Hipotecario o a sus agentes. No obstante, antes de que el Acreedor

notice to Borrower of its breach of any covenant or agreement
Hipotecario notifique al Deudor Hipotecario que éste ha violado cualquier convenio

in the Mortgage, Borrower shall collect and receive all rents and
o acuerdo contenido en la Hipoteca, el Deudor Hipotecario cobrará y recibirá todas

revenues of the Property as trustee for the benefit of Lender and
las rentas y réditos de la Propiedad como fiduciario para beneficio del Acreedor y

Borrower. This assignment of rents constitutes an absolute assignment
del Deudor Hipotecario. Esta cesión de rentas constituye una cesión absoluta y

and not an assignment for additional security only. -------------------
no una cesión como garantía adicional únicamente. ---------------------------

---If Lender gives notice of breach to Borrower: (a) all rents received
---Si el Acreedor Hipotecario le notificara una violación al Deudor Hipotecario: (a)

by Borrower shall be held by Borrower as trustee for benefit of Lender
todas las rentas recibidas por el Deudor Hipotecario las retendrá únicamente en



only, to be applied to the sums secured by the Mortgage; (b) Lender
calidad de fiduciario para beneficio del Acreedor Hipotecario, para ser---------

shall be entitled to collect and receive all of the rents of the Property;
acreditadas a las sumas garantizadas por esta Hipoteca; (b) el Acreedor Hipotecario

and (c) each tenant of the Property shall pay all rents due and unpaid to
tendrá derecho a cobrar y a recibir todas las rentas de la Propiedad; y (c) cada

Lender or Lender's agent on Lender's written demand to the tenant.
inquilino de la Propiedad pagará al Acreedor Hipotecario o a sus agentes todas las
rentas vencidas y adeudadas con sólo mediar requerimiento escrito a esos efectos.

---Borrower has not executed any prior assignment of the rents and
---El Deudor Hipotecario no ha hecho cesión de las rentas ni ha ejecutado ni ejecu-

has not and will not perform any act that would prevent Lender from
tará ningún acto que impida al Acreedor Hipotecario ejercitar sus derechos bajo este

exercising its rights under this Paragraph 16.-- ------------------------
Párrafo 16. ---------------------------------------------------------------

---Lender shall not be required to enter upon, take control of or
---Al Acreedor Hipotecario no se requerirá que entre, ni que tome control ni que

maintain the Property before or after giving notice of breach to
dé mantenimiento a la Propiedad, ni antes ni después de notificar alguna violación

Borrower. However, Lender or a judicially appointed receiver may do
al Deudor Hipotecario. No obstante, el Acreedor Hipotecario o un síndico nombrado

so at any time there is a breach. Any application of rents shall not cure
judicialmente podrá hacerlo en cualquier momento que exista una violación.

or waive any default or invalidate any other right or remedy of Lender.
Cualquier aplicación de rentas no subsanará ningún incumplimiento ni invalidará

This assignment of rents of the Property shall terminate when the
ningún otro derecho o remedio del Acreedor Hipotecario. Esta cesión de rentas de la

debt secured by the Mortgage is paid in full. --------------------------
Propiedad terminará cuando la deuda garantizada por esta Hipoteca se haya pagado
en su totalidad. -----------------------------------------------------------

---17. **Foreclosure Procedure.** If Lender requires immediate payment
---17. **Procedimiento de Ejecución.** Si el Acreedor Hipotecario requiere el pago total

in full under Paragraph 9, Lender may invoke the power of sale and
inmediato bajo el Párrafo 9, podrá invocar el poder de venta y cualesquiera otros

any other remedies permitted by applicable law. ---------------------
remedios permitidos por las leyes aplicables. -------------------------------------

Lender shall be entitled to collect all expenses incurred in pursuing the
El Acreedor Hipotecario tendrá derecho a cobrar todos los gastos incurridos en la

remedies provided in this Paragraph 17, including, but not limited to,
consecución de los remedios provistos en este Párrafo 17, incluyendo, sin implicar

reasonable attorney's fees, cost of title evidence and colections in any
limitación, honorarios de abogado razonables, las costas y cualquier-------------

proceeding in the bankruptcy of the borrower.-------------------------
procedimiento en la quiebra del deudor.------------------------------------

---Lender or its designee may purchase the Property at any sale. The
---El Acreedor Hipotecario o su representante podrá comprar la Propiedad en

proceeds of the sale shall be applied in the following order: (a) to all
cualquier venta. El producto de la venta será aplicado en el siguiente orden: (a) a



expenses of the sale, including, but not limited to, reasonable attorney's
todos los gastos de la venta, incluyendo, sin implicar limitación, honorarios

fees; (b) to all sums secured by this Mortgage; (c) any excess to the
razonables de abogado; (b) a todas las sumas garantizadas por esta Hipoteca; (c)

person or persons legally entitled to it. ----------------------------------------
cualquier exceso a la persona o personas con derecho al mismo. ----------------

---18. **Condominium Covenants.** If the Property is a condominium
---18. **Acuerdos para Régimen de Propiedad Horizontal.** Si la Propiedad es una

unit, the following clause shall apply, and any conflicting provision
unidad sometida al Régimen de Propiedad Horizontal, aplicará la siguiente cláusula

in this Mortgage shall be superseded.-----------------------------------------
y cualesquiera disposición conflictiva en esta Hipoteca quedará sin efecto. ------

---A. So long as the Owners' Association of the condominium
---A. Mientras el Consejo de Titulares del condominio (la "Junta") mantenga una

maintains, with a generally accepted insurance carrier, a "master" or
póliza maestra con un asegurador generalmente aceptado, asegurando toda la

"blanket" policy insuring all property subject to the condominium
propiedad sujeta al régimen de Propiedad Horizontal, incluyendo todas las mejoras

documents, including all improvements now existing or hereafter
existentes o que se erijan en el futuro sobre la Propiedad, y esa póliza es satisfactoria

erected on the Property, and such policy is satisfactory to Lender and
para el Acreedor Hipotecario y provee cubierta de seguro en las cantidades, por los

provides insurance coverage in the amounts, for the periods, and
plazos, y contra los riesgos requeridos por el Acreedor Hipotecario, incluyendo

against all the hazards Lender requires, including fire and other
fuego y otros riesgos comprendidos dentro del término "cubierta extendida", y

hazards included within the term "extended coverage", and loss by
pérdida por inundaciones hasta el máximo requerido por el Secretario, entonces: (i)

flood to the extent required by the Secretary, then: (i) Lender waives
el Acreedor Hipotecario renuncia a la disposición del Párrafo 2 de esta Hipoteca

the provision in Paragraph 2 of one-twelfth of the yearly premium
para el pago al Acreedor Hipotecario de una doceava parte de los pagos

installment for hazard insurance on the Property, and (ii) Borrower's
anuales de primas de seguro contra riesgo en la Propiedad, y (ii) la obligación del

obligation under Paragraph 4 to maintain hazard insurance coverage
Deudor Hipotecario bajo el Párrafo 4 de mantener cubierta de seguro contra riesgos

on the Property is deemed satisfied to the extent that the required
a la Propiedad se entiende satisfecha hasta el máximo que la cubierta requerida es

coverage is provided by the Owners' Association policy. Borrower shall
provista por la póliza de la Junta. El Deudor Hipotecario dará pronto aviso al

give Lender prompt notice of any lapse in required hazard insurance
Acreedor Hipotecario de cualquier interrupción de la cubierta de seguro contra riesgo

coverage and of any loss occurring from a hazard. In the event of
requerida y de cualquier pérdida causada por riesgo. En caso de distribución del

distribution of hazard insurance proceeds in lieu of the restoration or
producto del seguro contra riesgos en lugar de la restauración o reparación después



repair following a loss to the Property, whether to the condominium
de una pérdida sufrida por la Propiedad, ya sea en la unidad en condominio o en los

unit or to the common elements, any proceeds payable to Borrower
elementos comunes, cualquier cantidad pagadera al Deudor Hipotecario queda por

are hereby assigned and shall be paid to Lender for application to the
la presente cedida y será pagadera al Acreedor Hipotecario para aplicarse a las sumas

sums secured by this Mortgage with any excess paid to the entity
aseguradas por esta Hipoteca y cualquier exceso será pagadero a quien tenga derecho

entitled thereto. -----------------------------------------------------------------
al mismo. ---------------------------------------------------------------------------

---B. Borrower promises to pay Borrower's allocated share of the
---B. El Deudor Hipotecario promete pagar su parte proporcional de los gastos

common expenses or assessments and charges imposed by the Owners'
comunes y derramas y cargos impuestos por la Junta, según dispuesto en los

Association, as provided in the condominium documents. ---------
documentos del condominio. -------------------------------------------------------

---C. If Borrower does not pay condominium dues and assessments
---C. Si el Deudor Hipotecario no paga sus cuotas de mantenimiento y derramas a su

when due, then Lender may pay them. Any amounts disbursed by
vencimiento, el Acreedor Hipotecario podrá pagarlas. Cualquier suma desembolsada

Lender under this Paragraph C shall become an additional debt of
por el Acreedor Hipotecario bajo este Párrafo C se convertirá en una deuda adicional

Borrower secured by this Mortgage. Unless Borrower and Lender
del Deudor Hipotecario, asegurada por esta Hipoteca. A menos que el Deudor

agree to other terms of payment, these amounts shall bear interest from
Hipotecario y el Acreedor Hipotecario acuerden otros términos de pago, estas sumas

the date of disbursement at the Note rate and shall be payable, with
devengarán interés desde la fecha del desembolso al tipo establecido en el Pagaré y

interest, upon notice from Lender to Borrower requesting payment.
serán pagaderas, con intereses, tan pronto como el Acreedor Hipotecario haga
requerimiento de pago. -------------------------------------------------------------

---D. In this case Lender may also declare the total amounts owed by
---D. En este caso el Acreedor Hipotecario puede también declarar inmediatamente

virtue of the Note and all of the amounts secured by this Mortgage
vencida, exigible y pagadera la suma total adeudada por virtud del Pagaré y todas

immediately due, demandable, and payable, if Borrower fails to make
las cantidades garantizadas por esta Hipoteca, si el Deudor Hipotecario no efectúa

the monthly payments of mortgage insurance premium payable to
los pagos mensuales para la prima de seguro hipotecario pagaderos al Secretario.

the Secretary. -----------------------------------------------------------------------

FIFTH: **Minimum Bidding Amount.** In compliance with the
QUINTO: **Tipo Mínimo en Subasta.** En cumplimiento de lo dispuesto en el Artículo

provisions of Article One Hundred Seventy-Nine (179) of Act
Ciento Setenta y Nueve (179) de la Ley Número Ciento Noventa y Ocho (198),

Number One Hundred Ninety-Eight (198) approved on August eight
aprobada el día ocho (8) de agosto de mil novecientos setenta y nueve (1979), por la

(8), Nineteen Hundred Seventy-Nine (1979), it is hereby agreed that the
presente se fija como tipo mínimo para la primera subasta, en caso de ejecución, la



minimum bidding amount for the first public auction in case of fore-
cantidad de ———————————————————————————————————

closure is fixed in the amount of sixty eight thousand nine hundred

dollars—————————————————————————————————————

**SIXTH:** <u>Recording in the Registry of Property.</u> ————————————
SEXTO: <u>Inscripción en el Registro de la Propiedad.</u> ————————————

—Borrower expressly agrees with Lender that in the event it is not
—El Deudor Hipotecario conviene expresamente que de no poderse inscribir esta

possible to record this Mortgage in the corresponding Registry of
Hipoteca como Primer Gravamen Hipotecario, por cualquier causa, con

Property, for any reason whatsoever, as a First Mortgage Lien, senior
preferencia a cualquier otra deuda y sin defectos de clase alguna, dentro de un término

to any and every other lien and without any defects of any kind what-
que no excederá de sesenta (60) días contados desde este otorgamiento, la deuda

soever, within a period not exceeding sixty (60) days from the execution
se considerará vencida en su totalidad y el Acreedor Hipotecario podrá proceder a

of this Mortgage, the debt shall become totally due and Lender may
su cobro por la vía judicial. ————————————————————————————

proceed to its judicial collection. ————————————————————————

**SEVENTH:** <u>Mortgage and Note: Interpretation.</u> ————————————
SEPTIMO: <u>Hipoteca y Pagaré: Interpretación.</u> ————————————————

—The Mortgage and the Note have been originally drafted in English
—Esta Hipoteca y el Pagaré han sido originalmente redactados en el idioma inglés y

and the interpretation of their texts in this language shall prevail over
la interpretación de sus textos en este idioma prevalecerá sobre su traducción en

their Spanish translation. ————————————————————————————————
español. ————————————————————————————————————————————

————————————————————————————————————————————————

————————————————————————————————————————————————

————————————————————————————————————————————————

————————————————————————————————————————————————

————————————————————————————————————————————————

————————————————————————————————————————————————

————————————————————————————————————————————————

————————————————————————————————————————————————

————————————————————————————————————————————————

————————————————————————————————————————————————

**EIGHTH: Description and Registration Data of the Property.** ---
**OCTAVO:** Descripción y Datos de Inscripción de la Propiedad. ----------

RUSTICA: Solar marcado con la letra B con un area de mil me-
tros cuadrados, equivalentes a doscientas cincuenta y cuatro
milesimas de cuerdas, radicado en el Barrio Hato Nuevo de Gu-
rabo, Puerto Rico; en lindes por el Norte, con terrenos de la
parcela C en cincuenta punto cero cero metros; por el Sur, con
terrenos de la parcela A en cincuenta punto cero cero metros;
por el Este, con terrenos de la parcela J en veinte punto ce-
ro cero metros; y por el Oeste, en veinte punto cero cero me-
tros con terrenos de la parcela K.------------------------------

Servidumbres y condiciones restrictivas, segun se desprenden

del Registro de la Propiedad.----------------------------------

La propiedad consta inscrita al folio doscientos quince del

tomo ochenta y seis de Gurabo, finca dos mil novecientos cin-

cuenta y uno, del Registro de la Propiedad de Caguas, Seccion

Segunda.-------------------------------------------------------

La propiedad esta afecta a hipoteca en garantia de pagare a
favor del Portador por la suma de Treinta y Ocho Mil Quinien-
tos Dolares, la cual sera oportunamente cancelada.-------------

Property address is as follows: Sr Nine Hundred Forty Four,
Kilometer Cero point One(0.1) Interior, Hato Nuevo Ward, Gura-
bo, Puerto Rico.-----------------------------------------------

**NINTH:** Borrower (Notary's Personal Knowledge or Form of
**NOVENO:** Deudor Hipotecario (Fe Notarial de Conocimiento Personal o

**Identification).** ————————————————————————————
**Identificación).** ————————————————————————————

WIGBERTO RODRIGUEZ SANCHEZ, seguro social ████████ y

JULIA ALAMO GONZALEZ, seguro social ██████, ambos mayo-

res de edad, casados entre si, propietarios y vecinos de Gu-

rabo, Puerto Rico.————————————————————————

————————————————————————————————

————————————————————————————————

**TENTH:** Lender (Notary's Personal Knowledge or Form of
**DECIMO:** Acreedor Hipotecario (Fe Notarial de Conocimiento Personal o

**Identification).** Lender is DORAL MORTGAGE CORPORATIO, ————
**Identificación).** El Acreedor Hipotecario es ————————————

social security ██████, represented herein by HARRY RO-

DRIGUEZ DEL VALLE, social security ██████ of legal age,

married and resident of Caguas, Puerto Rico, whom I the Nota-

ry ATTEST to the personal knowledge of this lender's repre-

sentative.————————————————————————————

————————————————————————————————



**ELEVENTH:** Homestead Rights: Waiver. To further secure payment of
**UNDECIMO:** Hogar Seguro: Renuncia. Para mayor garantía de pago del Pagaré,

the Note, Borrower, in conformity with the laws of the Commonwealth
el Deudor Hipotecario, de conformidad con las leyes del Estado Libre Asociado de

of Puerto Rico, expressly waives in favor of Lender his homestead
Puerto Rico, expresamente renuncia a favor del Acreedor Hipotecario su derecho

and property rights, with all of the uses and rights which he presently
de hogar seguro sobre la Propiedad con todos los usos y derechos que en la actualidad

possesses or may in the future possess therein, expressly waiving in
posee o que pueda poseer en el futuro, expresamente renunciando a favor del

favor of Lender all of his titles, rights and interests of any kind or
Acreedor Hipotecario todos sus títulos, derechos e intereses de cualquier clase o

description in the Property and in the buildings constructed thereon,
descripción en la Propiedad y en los edificios en ella construidos, que actualmente o

which he presently possesses or may in the future possess.--------
en el futuro posea.-------------------------------------------------------

------------------------------ACCEPTANCE------------------------------
------------------------------ACEPTACION------------------------------

---The appearing parties, Lender and Borrower, accept this Deed in its
---Los comparecientes, Acreedor y Deudor Hipotecario, aceptan esta Escritura en.

entirety and I, the Notary, made to the appearing parties the necessary
su totalidad y yo, el Notario, les hice las advertencias legales pertinentes a su otorga-

legal warnings concerning its execution. I, the Notary, advised the
miento. Yo, el Notario, advertí a los comparecientes de su derecho a tener testigos

appearing parties as to their right to have witnesses present at this
presentes en este otorgamiento, a cuyo derecho renunciaron. Luego de haber sido leída

execution, which right they waived. The appearing parties, having read
esta Escritura por los comparecientes, la ratifican totalmente y confirman que las

this Deed in its entirety, fully ratify and confirm the statements
declaraciones contenidas en la misma reflejan fiel y exactamente sus estipulaciones,

contained herein as the true and exact embodiment of their stipulations,
pactos y convenios, por lo que los comparecientes firman esta Escritura ante mí, el

covenants and agreements, whereupon the appearing parties sign this
Notario, y escriben sus iniciales en todas y cada una de sus páginas.------------

Deed before me, the Notary, and place their initials on each and every
page of this Deed. -------------------------------------------------------

---I, the Notary, do hereby certify and attest as to everything stated or
---Yo, el Notario, por la presente certifico y DOY FE de todo lo declarado y contenido

contained in this Deed. -------------------------------------------------
en esta Escritura. -------------------------------------------------------
Este documento consta de veintitres folios. Doy fe del co-
nocimiento personal de todos los comparecientes y de que hu-
bo unidad de acto. REPITO LA FE.------------------------------





Puerto Rico Revised form May 1995

Firmado: Wigberto Rodríguez Sánchez, Julio Alemán
González; Harry Rodríguez Del Valle

**Firmado, Signado, Rubricado y Sellado, Miguel A.** Herman _____ _____ original de --------
esta escritura consta de ____ 23 ____, FOLIOS; tiene cancelados los correspondientes sellos de Rentas Internas e Impuesto Notaría. Aparecen las iniciales de los otorgantes y la firma al final, la rúbrica y sello del Notario al margen de -- cada página y el signo y la firma al final. ---------------------
CERTIFICO: Que ésta es copia fiel y exacta de la escritura -- número ____ 215 ____ que otorgara en mi Pro-------- tocolo de Instrumentos Públicos correspondiente al año ---- ____ 1996 ____. Esta ____ primera ____ copia certificada se-- expide a solicitud de ____ Oriol Mortgage Corp ____ _____ bajo mi firma, signo, sello y-- rúbrica hoy día ____ 16 ____ de ____ julio ____ de ____ 1996 ____; en ____ Caguas ____, Puerto Rico. ------------------------
CERTIFICO además, que todo documento incorporado es copia -- fiel y exacta de los originales unidos a la matriz. ---------

**NOTARIO PUBLICO**

Retirado hoy a 28 de agosto de 1998

Dro $10- Cónsul.

#4684884- $10-

Inscrito el presente documento al folio 289 VTO al tomo 310 de Guato finca número 295 inscripción décima (10ma). Se halla afecta a Servidumbre a favor del Estado Libre Asociado de Puerto Rico y a la hipoteca que por este documento se constituye. Caguas 10 de noviembre de 1998.

Dro $236.50.

Noc(c)Jul

# 8344631 $10.00
# 4684885 $226.00
B14138011 $     .50
          $236.50





**CLIENTE** **: BUFETE COLON SANTANA & ROMAN** 726,125

**RE** **: WIGBERTO RODRIGUEZ SANCHEZ/ 24-03206/**
**ZAIRA M. ORTIZ/ HIPOTECARIO/**

**FINCA** : Número 2,951, inscrita al folio 215 del tomo 86 de Gurabo.
Registro de la Propiedad de Puerto Rico, Sección II de Caguas.

**DESCRIPCIÓN**:

**RÚSTICA:** Solar marcado con la letra B compuesto de un área de mil metros cuadrados, equivalentes a doscientos cincuenta y cuatro milésimas de cuerda, radicado en el Barrio Hato Nuevo de Gurabo, Puerto Rico, en lindes por el **NORTE**, con terrenos de la Parcela "C", en cincuenta metros; al **SUR**, con terrenos de la Parcela "A", en cincuenta metros; al **ESTE**, con terrenos de la parcela "J", en veinte metros; y al **OESTE**, en veinte metros con terrenos de la parcela "K".

Según Karibe, Enclava una estructura de concreto para fines residenciales.

**ORIGEN REGISTRAL:**

Se segrega de la finca número 2,773, inscrita al folio 135 del tomo 84 de Gurabo.

**PLENO DOMINIO:**

Consta inscrito al folio 289 del tomo 310 de Gurabo, a favor de **Wigberto Rodríguez Sánchez y su esposa Julia Álamo Gonzalez**, quienes lo adquirieron por compraventa a Gloria Reyes Cardona, soltera, por el precio de $69,000.00, mediante la escritura número 214, otorgada en Caguas, Puerto Rico, el día 16 de julio de 1996, ante el notario Miguel A. Hernández Sanabria, finca número 2,951, inscripción 9na.

Se designa esta propiedad como "Hogar Seguro" de conformidad con la Ley 195 del 13 de septiembre de 2011, según consta de la escritura número 65, otorgada en Caguas, Puerto Rico, el día 23 de julio de 2024, ante el notario José J. Belén Rivera, e inscrito al tomo Karibe de Gurabo, finca número 2,951, inscripción 11ma., y última.

**GRAVÁMENES:**

i. Por su procedencia está afecta a:

Servidumbre a favor del Estado Libre Asociado de Puerto Rico.

ii. Por sí está afecta a:

Hipoteca en garantía de un pagaré a favor de Doral Mortgage Corporation, o a su orden, por la suma principal de $68,900.00, con intereses al 7 ½% anual, vencedero el día 1 de agosto de 2026, constituida mediante la escritura número 215, otorgada en Caguas, Puerto Rico, el día 16 de julio de 1996, ante el notario Miguel A. Hernández Sanabria, e inscrita al folio 290 del tomo 86 de Gurabo, finca número 2,951, inscripción 10ma.

Continuación…
Finca número 2,951

## REVISADOS:

Registro de Embargos del ELA, incluyendo los de la Ley número 12 del día 20 de enero de 2010; Contribuciones Federales; Sentencias; Bitácora Ágora y Electrónica; Sistema Karibe. (8:32pm)

**NOTA: Esta Sección tiene establecido un sistema computadorizado de Bitácoras. No nos hacemos responsables por errores y/u omisiones que cometa el Empleado del Registro en la entrada y búsqueda de datos en el mismo.**

This document is not a commitment to insure nor a Title Insurance Policy and should not be relied upon as such. For protection, Purchaser and Lender should require a Title Insurance Policy. If this document is used by someone other than the party requesting it, said person does so assuming any and all risks and liabilities. No title company other than the Title Security, Inc., is authorized to rely on this title study to issue a Title Insurance Commitment and/or Policy. Capital Title Services, LLC., is not liable to other title companies for error or omissions in this title report. ANY TITLE COMPANY OTHER THAN THE TITLE SECURITY GROUP, INC. THAT RELIES ON THIS TITLE STUDY TO ISSUE A TITLE COMMITMENT AND/OR INSURANCE POLICY DOES SO ASSUMING ANY AND ALL RISKS AND LIABILITIES. THE LIABILITY OF CAPITAL TITLE SERVICES, INC. IN CONNECTION WITH THIS TITLE REPORT IS LIMITED TO THE AMOUNT PAID FOR THIS TITLE REPORT ONLY WITH RESPECT TO THE CLIENT REFERRED TO IN THE HEADER OF THIS TITLE REPORT.

Este documento no es un compromiso para asegurar ni una póliza de Seguro de Título, por lo cual no ofrece seguridad alguna. Para obtener protección, debe requerir una póliza de Seguro de Título. Si este documento es utilizado por alguien que no sea el solicitante, lo hace bajo su propio riesgo y responsabilidad. Ninguna compañía de título que no sea The Title Security Group, Inc. está autorizada a utilizar este estudio para expedir una póliza de seguro de título. Capital Title Services, LLC., no es responsable ante otras compañías de título por errores u omisiones en este estudio de título. TODA COMPAÑÍA QUE NO SEA THE TITLE SECURITY GROUP, INC. QUE UTILICE ESTE ESTUDIO DE TITULO PARA EXPEDIR UNA POLIZA DE SEGURO DE TITULO, LO HACE BAJO SU PROPIO RIESGO Y RESPONSABILIDAD. LA RESPONSABILIDAD DE CAPITAL TITLE SERVICES, INC., ESTA LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO Y SOLO CON RESPECTO AL CLIENTE DE REFERENCIA EN EL ENCABEZADO DE ESTE ESTUDIO DE TITULO.

**Capital Title Services, LLC.**

**POR:** *Ramón F. Gómez Marcos*
9 de agosto de 2024
RAB/lbg/f

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

**IN THE MATTER OF:**

WIGBERTO RODRIGUEZ SANCHEZ & JULIA ALAMO GONZALEZ
    **Debtor (s)**

CASE NO.  24-03206 MCF

CHAPTER  13

**<u>VERIFIED STATEMENT</u>**

I, Kevin Miguel Rivera-Medina, of legal age, Attorney for Banco Popular Puerto Rico and resident of San Juan, Puerto Rico, declare under penalty of perjury as follows:

That as to this date, by a search and review of the records kept by BANCO POPULAR PUERTO RICO - MORTGAGE DIVISION in the regular course of business in regard to debtor(s) account with this bank there is no information that will lead the undersign to belief that debtor(s) is(are) a regular service member(s) either on active duty or under a call to active duty, in the National Guard or as a Commission Officer of the Public Health Services or the National Oceanic and Atmospheric Administration (NOAA) in active duty.

The bank has not received any written notice from debtor(s) that his military status has change as to this date.

That as part of my search I examined the documents and records available to me within our computer system.

I hereby certify the aforementioned statements under penalty of perjury, in San Juan, Puerto Rico, this 10th day of June, 2026.

# Department of Defense Manpower Data Center



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN: XXX-XX-7035
Birth Date:
Last Name: RODRIGUEZ SANCHEZ
First Name: WIGBERTO
Middle Name:
Status As Of: Jun-10-2026
Certificate ID: DJZGG5R44QVT8K2

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.



Status Report
Pursuant to Servicemembers Civil Relief Act

SSN:            XXX-XX-5120
Birth Date:
Last Name:      ALAMO GONZALEZ
First Name:     JULIA
Middle Name:
Status As Of:   Jun-10-2026
Certificate ID: XK4NPDX86QXS5YP

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.